FILED

AUG – 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) I N D I C T M E N T |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **1 : 26 CR 0 0 3 4 2** |
| | ) Title 18, United States Code, |
| MAURICE L. BATES, | ) Sections 922(g)(1) and 924(a)(8) |
| | ) |
| Defendant. | ) **JUDGE BRENNAN** |
| | ) |

### COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.  On or about April 2, 2026, in the Northern District of Ohio, Eastern Division, Defendant MAURICE L. BATES, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Involuntary Manslaughter and Felonious Assault, on or about June 24, 2014, in Case Number CR-13-580371, in Cuyahoga County Court of Common Pleas, knowingly possessed a firearm, to wit: a Smith and Wesson, model SD9, 9mm caliber pistol, serial number FDL5925, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>FORFEITURE</u>

The Grand Jury further charges:

2.　　For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant MAURICE L. BATES shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: a Smith and Wesson, model SD9, 9mm caliber pistol, serial number FDL5925.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.